Civil Action No.   2:23-CV-02318-MRP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Digital First Media**
was recieved by me on **7/05/2023:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **shawn bane**, who is designated by law to accept service of process on behalf of **Digital First Media** at **5990 Washington Street The Denver Post, Denver, CO 80216** on **07/06/2023 at 2:05 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:

                                      *Server's signature*

                                      **Charity Clifton**
                                      *Printed name and title*

**17132 E Adriatic Dr
D107
Aurora, CO 80013**

                                      *Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to shawn bane who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**



Tracking #: **0109778104**

