## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAILY LOCAL NEWS, DIGITAL FIRST MEDIA, and MNG ENTERPRISES, INC. D/B/A DIGITAL FIRST MEDIA and MEDIANEWS GROUP,<br><br>　　　　Defendants. | 2:23-cv-02318-MRP |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT**:

Please enter the appearance of Eli Segal of LeVan Stapleton Segal Cochran LLC as counsel for Defendants Daily Local News, Digital First Media, and MNG Enterprises, Inc. in the above-captioned litigation.

　　　　　　　　　　　　　　　　　　**LeVAN STAPLETON SEGAL COCHRAN LLC**

July 19, 2023　　　　　　　　　　　By: /s/ *Eli Segal*
　　　　　　　　　　　　　　　　　　　　Eli Segal (PA ID 205845)
　　　　　　　　　　　　　　　　　　 1760 Market Street, Suite 403
　　　　　　　　　　　　　　　　　　 Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　 215.402.6555
　　　　　　　　　　　　　　　　　　 esegal@levanstapleton.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Eli Segal, hereby certify that, on July 19, 2023, I served a true and correct copy of the foregoing *Entry of Appearance* on all counsel of record through the Court's electronic filing system.

/s/ *Eli Segal*
Eli Segal
