IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAILY LOCAL NEWS, DIGITAL FIRST MEDIA, and MNG ENTERPRISES, INC. D/B/A DIGITAL FIRST MEDIA and MEDIANEWS GROUP,<br><br>　　　　Defendants. | 2:23-cv-02318-MRP |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT**:

Please enter the appearance of Kali J. Schellenberg of LeVan Stapleton Segal Cochran LLC as counsel for Defendants Daily Local News, Digital First Media, and MNG Enterprises, Inc. in the above-captioned litigation.

　　　　　　　　　　　　　　　　　**LeVAN STAPLETON SEGAL COCHRAN LLC**

July 19, 2023　　　　　　　　　　By: /s/ *Kali J. Schellenberg*
　　　　　　　　　　　　　　　　　　Kali J. Schellenberg (PA ID 321435)
　　　　　　　　　　　　　　　　　1760 Market Street, Suite 403
　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　215.714.9859
　　　　　　　　　　　　　　　　　kschellenberg@levanstapleton.com

　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Kali J. Schellenberg, hereby certify that, on July 19, 2023, I served a true and correct copy of the foregoing *Entry of Appearance* on all counsel of record through the Court's electronic filing system.

/s/ *Kali J. Schellenberg*
Kali J. Schellenberg