IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN,<br><br>  Plaintiff,<br><br>v.<br><br>DAILY LOCAL NEWS, DIGITAL FIRST MEDIA, and MNG ENTERPRISES, INC. D/B/A DIGITAL FIRST MEDIA and MEDIANEWS GROUP,<br><br>  Defendants. | 2:23-cv-02318-MRP |

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED that the time for Defendants Daily Local News, Digital First Media, and MNG Enterprises, Inc., to answer or otherwise respond to Plaintiff's Complaint is hereby extended to August 30, 2023, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.4.

| | |
|---|---|
| **LeVAN STAPLETON SEGAL COCHRAN LLC**<br><br>By:  */s/ Eli Segal*<br>   Eli Segal (PA ID 205845)<br>   Kali J. Schellenberg (PA ID 321435)<br>1760 Market Street, Suite 403<br>Philadelphia, PA 19103<br>215.402.6555<br>esegal@levanstapleton.com<br>kschellenberg@levanstapleton.com<br><br>*Counsel for Defendants* | **MARK THOMAS SOPHOCLES, LLC**<br><br>By:  */s/ Mark Thomas Sophocles*<br>   Mark Thomas Sophocles (PA ID 74998)<br>21 Industrial Boulevard, Suite 201<br>Paoli, PA 19301<br>610. 651.0105<br>mark@marksophocles.com<br><br>*Counsel for Plaintiff* |

**APPROVED** this \_\_\_\_ day of _____, 2023.

BY THE COURT:

_____
**Hon. MIA ROBERTS PEREZ, U.S.D.J.**