# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVERETT STERN,** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | **NO.: 2:23-cv-02318-MRP** |
| | : | |
| v. | : | |
| | : | |
| **DAILY LOCAL NEWS,** *et al.*, | : | |
| | : | |
| *Defendants.* | : | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and for the reasons stated in the accompanying Memorandum of Law, which is incorporated here as though fully set forth, Defendants Daily Local News, Digital First Media, and MNG Enterprises, Inc. respectfully request that Plaintiff's Complaint be dismissed.

Date: August 30, 2023

**LeVAN STAPLETON SEGAL COCHRAN LLC**

By: */s/ Eli Segal*
    Eli Segal (PA ID 205845)
    Kali J. Schellenberg (PA ID 321435)
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.402.6555
esegal@levanstapleton.com
kschellenberg@levanstapleton.com

*Attorneys for Defendants Daily Local News, Digital First Media, and MNG Enterprises, Inc.*