# EXHIBIT 1

Today's web bonus » Get our free app for tablets and smartphones. dailylocal.com

WEST CHESTER
**Museum surpasses Toys for Tots goal**
Local News » A3

SMALL BUSINESS
**Inflation dampens holiday season**
Business » A4

NFL
**Eagles keep up pace with win over Bears**
Sports » B1

EVEN MORE ON FACEBOOK
Find breaking news, features, sports, commentary and other information from the Daily Local News on Facebook.
VISIT FACEBOOK.COM/DAILYLOCALNEWS

Daily Local News

TODAY'S WEATHER
High: 38
Low: 23
PAGE A8

Monday, December 19, 2022 $2.95 FACEBOOK.COM/DAILYLOCALNEWS TWITTER.COM/DAILYLOCALNEWS dailylocal.com

COURT NEWS

# Former Senate candidate pleads to charges

By Michael P. Rellahan
*mrellahan@dailylocal.com*

Stern

**WEST CHESTER »** A self-proclaimed independent candidate for the U.S. Senate who police said tried to impersonate a police officer while confronting four women at a West Goshen parking garage has pleaded guilty to summary charges in the case.

On Thursday, Everett Alexander Stern appeared before Common Pleas Judge Patrick Carmody and entered his plea to four counts of disorderly conduct stemming from the March incident. He was scheduled to go to trial this month.

As part of his one-year probationary sentence, Stern agreed to complete 50 hours of community service at the Coatesville Flower Shop, and to undergo a mental health evaluation, following any treatment recommended in that process.

One of the four victims in the case, who appeared via video link to give an impact statement, reportedly opined that she believed every candidate for public office should, like Stern, be required to be evaluated by mental health experts.

Stern made news earlier this year when he was sued in federal court in Florida by former Trump Administration National Security Adviser Michael Flynn for defamation. Among other things, Stern is alleged to have said that Flynn was a traitor and helmed a domestic terrorist organization engaged in sedition. Flynn has denied those accusations.

After his arrest, Stern acknowledged the lawsuit on his Twitter and YouTube accounts and doubled down on his accusations against Flynn, describing his ongoing conflict with the former official in an interview as "the fight of my life." It was unclear Friday what the status of that lawsuit is.

Stern, of West Goshen, called himself a candidate for the Senate seat being vacated by U.S. Sen. Pat Toomey and won by Democrat John Fetterman in November. But it was unclear whether he ever filed paperwork to have his name placed on the ballot, and it did not appear there in November. Prior to the election, Stern said he was dropping out of the race and endorsing Fetterman.

Stern was accused of pulling over a car driven by a woman at the luxury apartment complex outside West Chester where he lives, using flashing emergency lights and telling her he was a "federal" agent.

According to an arrest affida-

CANDIDATE » PAGE 6

# Candidate

**FROM PAGE 1**

vit filed in the case, Officer Sean Graham said that he was called to the parking garage at The Pointe at West Chester, a complex on South Matlack Street near the Route 202 Bypass, shortly after 8 p.m on March 30. There, he met a man who said he witnessed an encounter between the driver of a man who was using red ad blue emergency lights and a number of women in a car in the garage.

The witness said the male left the scene in his car at a high rate of speed.

In interviewing the women later, Graham said he was told that the four had gone to the complex where a friend used to live to "hang out" and eat Taco Bell on the garage. There, they saw a blue BMW drive by them, park, and that a man got out and began to approach the Jeep they were in. The owner of the car said they decided to leave, but that the man got back in his BMW and followed them.

As they drove through the garage, the male driver began using emergency lights to stop them, and the woman said she believed he was a police officer. They pulled over and the man got out, walked to the Jeep and announced he was "a federal officer," according to the affidavit. They said he yelled at them, then got back in his car and left, driving back up the garage ramp.

Graham was able to locate the BMW and trace it to Stern. When the officer went to his apartment, Stern acknowledged that he had stopped the Jeep because he was concerned for his safety.

"Stern reported that he had received threats against him due to previous investigative work he had performed for the federal government," the affidavit reads. He said he followed the Jeep and used lights he had in the car to stop it. His version of what he told the driver was different, however, saying instead that he was "a federal candidate."

When Graham accompanied Stern to the car, he found a tactical flashlight Stern said he kept in the car that flashed red and blue like police emergency lights. Stern also told the officer he had two firearms in the car — one inside the cabin and one in the trunk.

He was charged in April with a misdemeanor count of impersonating a public servant and summary counts of harassment and disorderly conduct. The misdemeanor charges were dropped by the Chester County District Attorney's Office in exchange for the guilty plea.

The case was prosecuted by Assistant District Attorney Kate Lewis, who asked Carmody to send Stern to Chester County Prison for a term of seven days. He was represented by defense attorney Evan Kelly, of the Wes Chester law firm of Bellwoar Kelly.

*To contact staff writer Michael P. Rellahan call 610-696-1544.*