# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVERETT STERN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | **NO.: 2:23-cv-02318-MRP** |
| v. | : | |
| **DAILY LOCAL NEWS,** *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this _____ day of _____, **2023,** upon consideration of Defendants Daily Local News, Digital First Media, and MNG Enterprises, Inc.'s Motion To Dismiss and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and that Plaintiff's Complaint is **DISMISSED.**

**BY THE COURT:**

_____
**Hon. MIA ROBERTS PEREZ, U.S.D.J.**