## **CERTIFICATE OF SERVICE**

      I, Eli Segal, hereby certify that, on August 30, 2023, I served a true and correct copy of the foregoing *Defendants' Motion to Dismiss* on all counsel of record through the Court's electronic filing system.

                                        /s/ *Eli Segal*
                                          Eli Segal