IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN** : | |
|     Plaintiff, : | |
|         v. : | |
| : | **Case No.: 2:23-cv-02318-MRP** |
| **DAILY LOCAL NEWS, et al.** : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this day of_____,2023, upon consideration of Defendants Daily Local News, Digital First Media, and MIG Enterprises, Inc.s' Motion To Dismiss and any response thereto, it is hereby ORDERED that the Motion is DENIED

                                    **BY THE COURT:**

                                    _____
                                    **Hon. MAI ROBERTS PEREZ, U.S.D.J.**