## <u>CERTIFICATE OF SERVICE</u>

I, Mark T. Sophocles, Esquire hereby certifies that a true and correct copy of the Plaintiff

Response in Opposition and Memorandum of Law was electronically filed on the cm/ecf website

and is available for download. n

_Mark T. Sophocles_
**Mark T. Sophocles, Esquire**

T0001