# EXHIBIT "A"

## **AFFIDAVIT OF EVERETT STERN**

I, Everett Stern, and adult of sound mind and Plaintiff in the instant litigation against the Defendants hereby swear and affirm that the following facts are true and correct to the best of my ability:

1. At all salient times relevant herein, I have been a public figure for the purpose of asserting my defamation claim as I was a legitimate candidate for the U.S. Senate for Pennsylvania.
2. I want to attach published press reports to provide this Court with background information related to this matter.
3. The attached Guardian story is attached as Exhibit A-1 and helps explain the juxtaposition of Michael Flynn with me and my campaign.
4. Similarly, the feature in the New York Times regarding General Michael Flynn attached as Exhibit A-2.
5. I stood up for the United States by doing the right thing by protecting our Democracy. As a U.S. Senate Candidate I witnessed very serious crimes by the Trump and Flynn organization and I was invited to testify before the United States Congress' January 6th Commitee.
6. After I testified before the January 6th Committee, General Flynn sued me for 250 million dollars in Federal court and I literally had right wing extremists showing up to my home to protest against me.
7. My wife was put up on Twitter by Flynn's people as a target photo.
8. I swear and affirm that the salient news article published by Michael P Rellahan and the Daily Local News was grossly exaggerated and made to appear sensational and highly criminal in nature despite the truth of what transpired.
9. The initial headline was Everett Stern Fmr. United States Senate Candidate Pleads Guilty to Impersonation of a Police Officer. This grossly inaccurate headline was devastating, caused me severe personal and professional damages, and was absolutely false.
10. Eventually the title of the article was changed to Disorderly Conduct. Then again changed to Summary Charges.
11. I plead Guilty to a simple Summary Disorderly conduct which is very similar to a traffic ticket NOT impersonation of a police officer. The article that is posted is still absolutely false and misleading. It gives the absolute false impression to readers about the events that occurred in order to cast me in false light as a criminal when I am not.
12. If I actually impersonated a police officer or a Federal Agent as the paper falsely says then I would be in jail and to be clear I did not pose as a Federal Agent.
13. The publishment of this false headline and story against me saying I committed a crime I did not commit was grossly inaccurate, intentionally sensationalized and purposefully made to look worse than it was.
14. Having adequately pled salient facts to establish the elements of my claims, I welcome the chance to do discovery to make fully transparent the court transcripts wherein, inter alia, the District Attorney admits the so called "victims" were high on drugs and were trespassing on private property.
15. To be clear, I was wearing shorts and a t shirt and used a small flashlight in panic to this SUV away from the windows of my apartment.
16. To fully clarify, I said I was a Federal Candidate and there was an emergency situation and not to come back.
17. Additionally, in the police interviews it is actually said by the "victims" that I was extremely nice to them (during what amounted to a literal 12 second interaction with the other party.
18. Moreover, the inaccurate, misleading article published by Defendants also mentions I had two guns in the car to show I was committing a gun crime when a firearm was not used in this incident. In fact, I simply told the officers I had two legal firearms in my vehicle to simply let them know for their safety in case they chose to search the car for the tactical flashlight.

19. I am legally licensed to carry a firearm on my person and in my car concealed in multiple states as I carry a PA, Florida, and Utah, firearm concealed weapons permits.
20. As a consequence of this harmful misrepresentation article, a massive investigation was done and my team has evidence that the reporter for the Daily Local reporter Michael P Rellahan was in communication with Flynn controlled Twitter accounts and the Flynn Legal Team which are Trump's lawyers.
21. During discovery, we will produce evidence of actual malice against me and a possible pay off to one of the "victims" made in support of this false accusation.
22. Mr. Flynn's lawyers used Rellahans article against me to inflict serious harm to my credibility with the DOJ and in essence, our democracy was hurt with the reporters reckless actions and unvetted reporting.
23. Defendants wantonly failed to offer balanced coverage as I was not even asked for comment nor was my attorney.
24. Instead, the Daily Local Reporter Rellahan even taunted me publicly on twitter telling me through a series of taunts to sue him in Federal Court.
25. What is most concerning is the Flynn account that posted a picture of my wife as a target was being given intelligence by Rellehan about my case and it appears that the story is heavily Flynn and Trump influenced and is not accurate by design.
26. I requested without success for the Defendants to take down the article permanently.
27. I have been through a tremendous amount especially with the damages caused by the article.
28. The reporter has an obvious agenda and is violating a number of journalistic rules where it is turning into a harassment situation.
29. The reporter also failed to mention from the previous articles he wrote that I was an actual legally filed U.S. Senate Candidate. In the current article the reporter says I was self proclaimed which is not true.
30. The reporter was further trying to attack my credibility. The reporter did not say as in previous articles that the judge said "This was a misunderstanding." "He did not believe I was doing something creepy." The judge made very clear this situation I was in was just a misunderstanding.
31. The damages in this care are horrific. My life has literally been destroyed. I am the face of my company Tactical Rabbit and my name also has its own brand. People do business with Everett Stern through Tactical Rabbit but I am the face and the 100 percent owner of the Private Intelligence Agency Tactical Rabbit. I formed Tactical Rabbit in 2012 which is comprised of former CIA, FBI, and Military Intelligence personnel to help fill in intelligence community gaps from the private sector. Tactical Rabbit's mission with our accomplishments featured in international media is to defend the U.S. Constitution against all enemies foreign and domestic.
32. As a Private Intelligence Agency we use OSINT intelligence to support the intelligence mission of the United States.
33. My team and I over the last 11 years have supplied critical intelligence to the Federal Bureau of Investigation and the Central Intelligence Agency. Tactical Rabbit generates millions of dollars and now the business has been brought to a point of almost declaring bankruptcy because the majority of people look up Everett Stern and see the daily local story. I lost numerous business relationships as a result of the false headline that I impersonated a federal agent or a police officer. It hits my business to the core.
34. This article completely destroyed my good name and the credibility of my company causing financial losses.
35. By way of additional background, I am the HSBC Whistleblower as featured in Rolling Stone Magazine and a Netflix Documentary called Dirty Money.
36. As reported in the media, before I joined HSBC bank I sought a position with the CIA's National Clandestine Service which is field operations and the most secretive arm of the Agency. I was rejected from the CIA before joining HSBC bank in 2010. I figured out while

working for HSBC Bank how the bank was criminally manipulated the wire filter to allow for terrorists such as Hezbollah and drug cartels to be financed. The terrorist money was being used to blow up American troops by making IED's or improvised explosive devices. I was passing information to the CIA for over a year and then to the FBI leading to massive investigations including a U.S. Senate hearing causing the largest fine against a bank in U.S. History 1.92 Billion dollars.

37. My intelligence lead to the capture, killing, and disruption of several high profile terrorists and drug cartel members. Even though my actions protecting the United States are very public the Daily Local is the only paper that intentionally failed to mention my past. What the Daily Local did however is placed me in serious life threatening danger with the posting of the misleading article and false headline. I have had people say to me "The paper is reporting that you impersonated a federal agent but you only got a summons for disorderly conduct, therefore, you must be an undercover CIA operative." Hezbollah put out a target photo against me in 2014 and I am still wanted.

38. The article fuels the false idea that I am an undercover agent when I am not. Saying I plead guilty to impersonation of an officer and then only getting a summons does not make sense and to a foreign trained intelligence officer especially with Hezbollah or SVR (Russian Intelligence) I am outed as a "undercover CIA Operative" when I am no such thing. My life is now in heightened danger from the article. I lost millions of dollars in business from the false story, my life is in increased danger, and I was forced to move from my home in PA to Florida. I was planning on running for congress in district 6th and could have one according to the Fox News polls as I was polling so high as an independent in the PA 2022 U.S. Senate race. I was all over the media before this news article came out. I was featured in the Guardian, New York Times Magazine, CNN, MSNBC, NBC, CBS, and once the article came out all media coverage went away.

39. I will never forget the day the article came out. There were people calling my wife asking her if she was safe with me and telling her to leave me because "I tried to attack women by pulling them over pretending to be a federal agent." I will never forget the day because I told my wife I was going to kill myself. My whole life was over. My wife literally slapped me in my face and said "We will get through this.

BY: _Everett Stern (Sep 14, 2023 12:51 EDT)_   Dated September 13, 2023
EVERETT STERN

NOTARY PUBLIC

## PENNSYLVANIA NOTARY ACKNOWLEDGMENT

State of _Pennsylvania_
County of _Chester_

On this, The _14th_ day of _September_, 20_23_ before me _Karen Lynn West_, undersigned officer, personally appeared _EVERETT STERN_ , known to me (or satisfactorily proven) to be the person(s) whose name is/are electronically subscribed to the within instrument, and acknowledged that _EVERETT STERN_ executed the same for the purpose therein contained.

**IN WITNESS WHEREOF**, I hereunto set me hand and official seal

(Stamp)

Commonwealth of Pennsylvania - Notary Seal
KAREN LYNN WEST - Notary Public
Chester County
My Commission Expires November 18, 2025
Commission Number 1279727

_Karen Lynn West_
Notary Public

Commission expires: _11-18-25_