## **CERTIFICATE OF SERVICE**

I, Eli Segal, hereby certify that, on September 21, 2023, I served a true and correct copy of the foregoing *Reply In Support of Defendants' Motion to Dismiss* on all counsel of record through the Court's electronic filing system.

/s/ *Eli Segal*
Eli Segal