# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVERETT STERN** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 23-2318 |
| **DAILY LOCAL NEWS,** *et al.* | : | |

## ORDER

**AND NOW**, this 21st day of March 2024, upon consideration of Defendants Daily Local News, Digital First Media, and MNG Enterprises, Inc.'s Motion to Dismiss (ECF No. 10), Plaintiff's Response in Opposition (ECF No. 11), and Defendant's Reply thereto (ECF No. 12), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez