IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STERN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAILY LOCAL NEWS et al | : | NO.  23-2318 |

**NOTICE**

Please be advised that a Rule 16 conference in the above-captioned case is scheduled before the Honorable Mia R. Perez on **Tuesday, August 6th, 2024** at **11:00 a.m.** in Chambers **6614, U.S. Courthouse, 601 Market Street, Philadelphia, PA, 19106.**

Please complete the enclosed Conference Information Report and email the completed report to Perez_Chambers@paed.uscourts.gov, along with a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f), for arrival in Judge Perez's Chambers seven business days prior to the Rule 16 conference.  The joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be filed via ECF.

At the close of the conference, you will receive an order from Judge Perez listing firm dates for the completion of discovery, other pretrial submissions and the trial, if a trial is required.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference. Counsel must be prepared and authorized to discuss the facts underlying the case, all claims and defenses, motions, discovery status, potential settlement, and any other issue that may arise.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

Very truly yours,

/S/ Patrick Mountney_____
Judicial Assistant to Judge Mia R. Perez
267-299-7581 (Phone)

RULE 16 CONFERENCE INFORMATION REPORT

Civil Action No. _____ Jury Trial _____ Bench Trial _____ Arbitration _____

Service of Process Made _____
                                  (Date)

Caption: _____

Trial Counsel: _____

Representing: _____

Law Firm:

_____

Telephone: _____ Fax: _____ E-Mail: _____

Are there threshold motions? _____
                                               (Identify Motion(s))

When will discovery be completed? _____
                                       (Date)

Will motion for summary judgment be filed?   Yes _____   No _____

Has settlement been discussed?   Yes _____   No _____

If not, why not? _____

Future settlement conference requested   Yes _____   No _____

Novel issues or special problems?   Yes _____   No _____   If yes, describe.

_____

Ready for trial by? _____

Trial time estimates:   Time to present your case   _____

                         Time for entire trial   _____

Date: _____

                                                  _____
                                                  Signature of counsel

                                                  _____
                                                  Typed or printed name

**Joint Status Report Pursuant to Rule 26(f)**

Caption: _____ Civil Action No: _____

Basis of Jurisdiction: _____

Jury Trial: _____   Non-Jury Trial: _____   Arbitration: _____

1. Plaintiff's brief factual summation of the case and claims: _____

   _____

   _____

   _____

   _____

2. Defendant's brief factual summation of the case, claims, and defenses: _____

   _____

   _____

   _____

   _____

3. Plaintiff's counsel participating in the Rule 16 Conference: _____

4. Defendant's counsel participating in the Rule 16 Conference: _____

5. When did the parties hold the Rule 26 Conference? _____

6. When did the parties comply with Rule 26(a)'s duty of self-executing disclosure? _____

7. Plan for Discovery:

   a. The parties anticipate that discovery should be completed within _____ days.

   b. If you contend the discovery period should exceed 90 days, please explain: _____

      _____

   c. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? _____

   d. Identify any other discovery issues that should be addressed at the Rule 16 Conference, including limitations on discovery, protective orders needed, or other elements which should be included in a particularized discovery plan: _____

      _____

    e.  Does either side anticipate the use of experts? _____
        If yes, what is the proposed deadline for expert discovery? _____

8.  Proposed deadline for filing dispositive motions: _____

9.  Approximate date case should be trial-ready: _____
    Time for Plaintiff's case: _____  Time for Defendant's case: _____

10. Does your client consent to proceeding before a Magistrate Judge for final disposition? _____

11. Is a settlement conference likely to be helpful? _____ (yes/no)

    If so, when: Early _____ (yes/no) After Discovery \_\_\_ (yes/no)

**In addition to being filed in ECF, this 26F report should
be emailed to: Perez_Chambers@paed.uscourts.gov**