| | |
|---|---|
| **MARK THOMAS SOPHOCLES, LLC**<br>By: Mark Thomas Sophocles, Esquire<br>Attorney I.D. # 74998<br>21 Industrial Boulevard, Suite 201<br>Paoli, PA  19301<br>Tel. (610) 651-0105<br>Fax (610) 651-0106 | **ATTORNEY FOR DEFENDANT**<br>**RUSSELL SCOTT SMITH** |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVERETT STERN, *et al.*
    Plaintiffs,

v.   Case No.: 2:23-cv-02318-MRP

DAILY LOCAL NEWS, *et al.*
    Defendants.

### MOTION FOR CONTINUANCE

I, Mark Thomas Sophocles, Esquire, attorney for Plaintiff move for a continuance of the Rule 16 Conference scheduled for Tuesday, August 6, 2024 at 11:00 am for the following reason:

1. The Court had scheduled the Rule 16 Conference for Tuesday, August 6, 2024 at 11:00 am in Courtroom 6614, U.S. Courthouse, Philadelphia, PA.

2. Counsel had a sudden death of a close friend, and has a conflict and is required to be in Venango County the same time.

3. Opposing counsel was contacted, and there is no objection to this request.

4. This case shall be relisted with a date to be determined at the Court's earliest available.

Respectfully submitted,

*/s/ Mark T. Sophocles/*

Mark T. Sophocles, Esquire

2