IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN,** *et al.* <br> **Plaintiffs,** <br><br> v. <br><br> **DAILY LOCAL NEWS,** *et al.* <br> **Defendants.** | : <br> : <br> : <br> : **Case No.: 2:23-cv-02318-MRP** <br> : <br> : <br> : |

## ORDER

And now, this \_\_\_\_\_ day of _____, 2024, upon consideration of Plaintiff's Motion for Continuation of the August 6, 2024 Rule 16 conference, it is hereby **GRANTED** and the hearing will be rescheduled.

BY THE COURT

_____
Hon. Maria R. Perez