## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVERETT STERN,** *et al.* | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Case No.: 2:23-cv-02318-MRP** |
| | : | |
| **DAILY LOCAL NEWS,** *et al.* | : | |
| **Defendants.** | : | |

### CERTIFICATE OF SERVICE

I, MARK T. SOPHOCLES, ESQUIRE, do hereby certify that a true and correct copy of

this Motion for Continuance is being delivered to all parties this 2nd day of August, 2024:

Kali J. Schellenberg, Esquire
Eli Segal, Esquire
LeVan Stapleton Segal Cochran, LLC
1760 Market Street
Suite 403
Philadelphia, PA 19103

**Mark T. Sophocles, Esquire**