IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et al.* <br> Plaintiffs, <br><br> v. <br><br> DAILY LOCAL NEWS, *et al.* <br> Defendants. | Case No.: 2:23-cv-02318-MRP |

## ORDER

And now, this 1st day of August, 2024, upon consideration of Plaintiff's Motion for Continuation of the August 6, 2024 Rule 16 conference, (**ECF 17**), it is hereby **ORDERED** that the motion is **GRANTED**. The Rule 16 Conference is rescheduled to Monday, October 7, 2024, at 10:30 a.m. in Chambers 6614.

BY THE COURT

*/s/ Mia R. Perez*

**Hon. Mia R. Perez**