IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN,** | : CIVIL ACTION |
| *Plaintiff,* | : NO.: 2:23-cv-02318-MRP |
| v. | : |
| **DAILY LOCAL NEWS,** *et al.*, | : |
| *Defendants.* | : |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Kali J. Schellenberg of LeVan Stapleton Segal Cochran LLC as counsel for Defendants Daily Local News, Digital First Media, and MNG Enterprises, Inc. ("Defendants") in the above-captioned litigation. Defendants will continue to be represented by Eli Segal of LeVan Stapleton Segal Cochran LLC.

                                            **LeVAN STAPLETON SEGAL COCHRAN LLC**

August 16, 20204            By: /s/ *Kali J. Schellenberg*
                                        Kali J. Schellenberg (PA ID 321435)
                                        1760 Market Street, Suite 403
                                        Philadelphia, PA 19103
                                        215.714.9859
                                        kschellenberg@levanstapleton.com

                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I, Kali J. Schellenberg, hereby certify that, on August 16, 2024, I served a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* on all counsel of record through the Court's electronic filing system.

                                                   /s/ *Kali J. Schellenberg*
                                                   Kali J. Schellenberg