IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVERETT STERN** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 23-2318 |
| | : | |
| **DAILY LOCAL NEWS,** *et al.* | : | |

## SCHEDULING ORDER

**AND NOW,** this 15th day of October, 2024, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. All factual discovery shall be completed on or before January 13, 2025.

2. Dispositive motions shall be filed on or before March 20, 2025.

3. Responses to dispositive motions shall be filed no later than April 3, 2025.

4. Motions *in limine* are due June 13, 2025.

5. Responses to motions *in limine* are due June 27, 2025.

6. Plaintiff's pretrial memorandum is due July 7, 2025.

7. Defendant's pretrial memorandum is July 7, 2025.

8. A final pre-trial conference shall be held on July 9, 2025 in **Courtroom 6A** at **2 p.m.**

9. Joint exhibit binder shall be submitted to chambers no later than 3:00 p.m. the day before trial.

10. This matter is in the jury pool beginning on **July 21, 2025** and ending on **August 1, 2025.**

BY THE COURT:

_____
Hon. Mia R. Perez